DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARIEL MURABITO,**
Appellant,

v.

**ORNELLA TOMASIN,**
Appellee.

No. 4D2025-1606

[January 29, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer W. Hilal, Judge; L.T. Case No. COCE25016057.

Ariel Murabito, Biscayne Park, pro se.

Ornella Tomasin, Hollywood, pro se.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*